```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive, Suite 127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Plaintiff/Debtor
Rankin Guy Lyman
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 19-27775-A |
| RANKIN GUY LYMAN | ADV. NO. 21-02017-A |
|       Debtor.     / | |
| RANKIN GUY LYMAN | |
|       Plaintiff, | |
| v. | |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., d/b/a ABC SUPPLY CO., INC. | |
|       Defendant.    / | **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |

Plaintiff, Rankin Guy Lyman, by and through his attorney of record, Peter G. Macaluso, hereby requests dismissal of the above-referenced adversary proceeding pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff's adversary proceeding shall be dismissed with prejudice.

Date: May 11, 2021                /s/ Peter G. Macaluso
                                           Peter G. Macaluso,
                                           Attorney for Plaintiff