**1**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive, Suite 127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Plaintiff/Debtor
Rankin Guy Lyman

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 19-27775-A |
| RANKIN GUY LYMAN | ADV. NO. 21-02017-A |
| _____ Debtor. _____/ | |
| RANKIN GUY LYMAN | |
|      Plaintiff, | |
| v. | |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., d/b/a ABC SUPPLY CO., INC. | |
| _____ Defendant. _____/ | **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |

Based upon the Notice of Dismissal of Adversary Proceeding filed by Plaintiff, and for good cause appearing, this adversary proceeding is hereby dismissed with prejudice.

**Dated:** May 11, 2021

_____

**Fredrick E. Clement**
**United States Bankruptcy Judge**

-1-

RECEIVED
May 11, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006968826